UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CAROLYN JOHNSON** | **CIVIL ACTION NO. 09-0691** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCE CENTER, HEALTH CARE SERVICES DIVISION, E.A. CONWAY MEDICAL CENTER** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in this Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Summary Judgment [Doc. Nos. 25 & 29] is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Plaintiff's state law claim of disability discrimination, and that claim is DISMISSED WITH PREJUDICE. The motion is DENIED as to Plaintiff's federal claim of disability discrimination under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.*

MONROE, LOUISIANA, this 26th day of July, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE